Bennett H. Goldstein, OSB No. 80239
1132 SW 19th Ave., No. 106
Portland, Oregon 97205
Telephone: (503) 294-0940
Telecopy: (503) 294-7918
Email: bhgoldatty@comcast.net

Attorney for Plaintiff

In re MARK E. DELONG,

    Debtor.

Case No. 17-34395-pcm11

BANK OF EASTERN OREGON, an Oregon banking corporation,

    Plaintiff,

v.

MARK E. DELONG,

    Defendant.

Adversary Proceeding No.

**COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 USC §523(a)(2)(A)**

## JURISDICTION AND VENUE

1. This action contains a core claim for relief over which this court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and United States District Court Local Rule 2100-1. The claims for relief arise under 11 USC § 523(a)(2)(A). Venue is proper pursuant to 28 USC § 1409.

## FACTS

2. Mark E. Delong ("Delong") is an individual. Bank of Eastern Oregon ("Bank") an Oregon banking corporation.

Page 1 – **COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

Bennett H.. Goldstein, Attorney at Law
1132 SW 19th Avenue, No. 106
PORTLAND, OREGON 97205
EMAIL: bhgoldatty@comcast.net
TEL. (503) 294-0940 FAX (503) 294-7918

Case 18-03068-pcm   Doc 1   Filed 07/05/18

3. On November 28, 2018 Delong filed his Chapter 11 petition herein ("Petition Date").

4. This adversary proceeding is timely filed in accordance with Doc # 109 filed in the Chapter 11 case.

5. At all material times hereto Delong was the obligor to Bank under Promissory Note Nos. 8512, 8579 and 8546 ("Notes"). The amounts due under the Notes as of October 16, 2017, in addition to attorneys' fees and costs, are:

```
Note 8512
Principal                               $3,275,016.00
Accrued interest as of 10/16/17:        $  871,015.70

Note 8579
Principal                               $1,547,363.09
Accrued interest as of 10/16/17:        $  203,166.39

Note 8546
Principal                               $1,873,364.17
Accrued interest as of 10/16/17:        $  448,468.49
```

5. The obligations under the Notes are secured by liens in real property as follows:

5.1 A deed of trust ("Trust Deed 1") recorded on December 31, 2013 in the records of Malheur County, Oregon as Document No. 2013-5383 under which Delong is grantor, Bank is beneficiary and Malheur County Title Company, Inc. is trustee.

5.2 A deed of trust ("Trust Deed 2") recorded on December 31, 2013 in the records of Malheur County, Oregon as Document No. 2013-5384 under which Delong is grantor, Bank is beneficiary and Malheur County Title Company, Inc. is trustee.

5.3 A deed of trust ("Trust Deed 3") recorded on December 31, 2013 in the records of Malheur County, Oregon as Document No. 2013-5385 under which Delong is grantor, Bank is beneficiary and Malheur County Title Company, Inc. is trustee.

5.4 A deed of trust ("Trust Deed 4") recorded on November 10, 2004 in the records of Malheur County, Oregon as Document No. 2004-7992, as modified, under which Delong is grantor, Bank is beneficiary and American Title Company of Malheur is trustee.

Bennett H. Goldstein, Attorney at Law
1132 SW 19th Avenue, No. 106
PORTLAND, OREGON 97205
EMAIL: bhgoldatty@comcast.net
(503) 294-0940 FAX (503) 294-1201

Case 18-03068-pcm    Doc 1    Filed 07/05/18

6. The obligations under the Notes are also secured by two Agricultural Security Agreements ("Security Agreements") under which Delong is grantor and Bank is lender. The Security Agreements are further evidence by the following UCC filings: (1) Filing No. 6761018 originally filed on November 29, 2004, and (2) Filing No. 6761002 originally filed on November 29, 2004.

7. Delong has a domestic partner, Pattie Baker, an individual, with whom he has shared a residence and other domestic arrangements at all material times hereto.

8. The Trust Deeds and Security Agreements provide, among other things, that the Bank has a security interest in the crops and other products and proceeds of the Bank's real and personal property collateral securing the Notes.

9. Prior to the Petition Date, Delong colluded with Pattie Baker and possibly with other persons to divert such products and proceeds and to avoid transferring such products and proceeds to the Bank. The methods employed by Delong include, without limitation, purporting to enter into a "lease agreement" with Pattie Baker under which Pattie Baker and Delong together enjoyed the benefits of the Bank's collateral and used the cash proceeds without the knowledge or consent of the Bank. The Bank was first made aware of the "lease agreement" at a hearing in the Chapter 11 case held on February 27, 2018.

10. The total amount of collateral subject to such diversion is unknown to the Bank, but includes without limitation the sum of no less than $47,500.00 paid to attorneys prior to the Petition Date.

**CAUSE OF ACTION**

11. The Bank realleges paragraphs 1 through 10.

12. At all material times hereto the Bank had no knowledge of the existence of the scheme between Delong and Pattie Baker.

13. Delong intended to hide the diversion and unauthorized use of the Bank's collateral from the Bank.

Page 3 – **COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

Bennett H.. Goldstein, Attorney at Law
1132 SW 19th Avenue, No. 106
PORTLAND, OREGON 97205
EMAIL: bhgoldatty@comcast.net
(503) 294-0940 FAX (503) 294-1393

Case 18-03068-pcm    Doc 1    Filed 07/05/18

14. By reason of Delong's acts and omissions, Delong obtained money that belonged to the Bank as a secured party, which should have been used to repay the Notes.

15. The amount of collateral subject to the diversion as a result of Delong's scheme with Pattie Baker constitutes a nondichargeable debt within the scope of 11 USC §523(a)(2)(A), in that such scheme was a fraud upon the Bank.

16. The total amount of the debt that is nondischargeable is presently unknown to the Bank, but is no less than $47.500.00.

WHEREFORE, plaintiff prays:

1. For a judgment in favor of the plaintiff and against Delong for the sum of the non-dischargeable debt, plus costs;

2. For such other relief as may be just and equitable.

Date: July 5, 2018.

/s/ Bennett H. Goldstein

Bennett H. Goldstein, OSB No. 80239
Telephone: (503) 294-0940
Attorney for Plaintiff

Page 4 – **COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

Bennett H.. Goldstein, Attorney at Law
1132 SW 19th Avenue, No. 106
PORTLAND, OREGON 97205
EMAIL: bhgoldatty@comcast.net
(503) 294-0940 FAX (503) 294-7713

Case 18-03068-pcm    Doc 1    Filed 07/05/18